**STATE of Maine**

v.

**Mark WRIGHT.**

Supreme Judicial Court of Maine.

Nov. 7, 1977.

Thomas A. Berry, Asst. Dist. Atty., John Bass II, Law Student, (orally), Bath, for plaintiff.

George M. Carlton, Jr., (orally), Wiscasset, for defendant.

Before McKUSICK, C. J., and POMEROY, WERNICK, ARCHIBALD, DELAHANTY, GODFREY and NICHOLS, JJ.

MEMORANDUM OF DECISION

This matter came up on appeal by the Defendant. No legal infirmity appears in the judgment below.

The entry must be:

Appeal denied.

All Justices concurring.